**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000618
13-MAY-2019
08:32 AM**

NO. CAAP-18-0000618

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EUGENE MIRONER and EKATERINA MIRONER, Plaintiffs-Appellees,
v.
JESSE JAMES STEELE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5RC-17-1-0699)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Jesse James Steele (Steele), pro se, conventionally filed the notice of appeal on August 6, 2018, and the district court clerk electronically filed the notice of appeal on August 8, 2018;

(2) On October 8, 2018, the district court clerk filed the record on appeal, and on October 9, 2018, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 18, 2018, and November 19, 2018, respectively;

(3) Steele did not file either document or request an extension of time;

(4) On December 3, 2018, the appellate clerk notified Steele that the time for filing the statement of jurisdiction and

opening brief had expired, the matter would be called to the court's attention on December 13, 2018, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Steele may request relief from default by motion; and

(5) Steele took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, May 13, 2019.

Presiding Judge

Associate Judge

Associate Judge